No. 819. OWINGS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 822. ROD RIC CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 862. LAGERQUIST ET AL. *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 922. HANKINS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 977. MARTIN-MARIETTA CORP. ET AL. *v.* MARICOPA COUNTY;

No. 984. UNITED CONCRETE PIPE CORP. ET AL. *v.* MARICOPA COUNTY ET AL.; and

No. 1013. AMERICAN PIPE & CONSTRUCTION CO. ET AL. *v.* MARICOPA COUNTY. C. A. 9th Cir. Certiorari denied. Reported below: 431 F. 2d 1145.

No. 1024. GEYER BROADCASTING CO., INC. *v.* HOLDER, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied.

No. 1027. THE ELECTRA ET AL. *v.* CONTINENTAL OIL CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 1033. BRASWELL MOTOR FREIGHT LINES, INC. *v.* TEAMSTERS LOCAL UNIONS 745 ET AL. C. A. 5th Cir. Certiorari denied.

No. 1035. HORVATH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 1043. E. V. WILLIAMS CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.